DEFT: Carlos Colmenares (J)#         CASE NO: 00-6132-CR-Ferguson ~~00-5107-LRT~~

AUSA: Lynn Rosenthal /Nicholson      ATTY: FPD Farnsworth

AGENT: _____        VIOL: for Wilcox

PROCEEDING: Prelim/Arraignment       BOND REC: _____

BOND HEARING HELD - yes/no           COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____        FILED by ___ D.C.
                                     MAY 17 2000
SPECIAL CONDITIONS: _____   CLARENCE MADDOX
                                     CLERK U.S. DIST. CT.
                                     S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

Reading of indictment waived
N[ot] Guilty plea entered
_____
_____ requested

(Specify Language)

NEXT COURT APPEARANCE:    DATE:           TIME:         JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: 6-1-00      11:00am    SNOW
STATUS CONFERENCE: _____

DATE: 5-17-00       TIME: 11:00am   TAPE # 00-042  PG # 8
                                           815-850
                                           recalled
                                           1072-1100   17