

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CR-Ferguson

UNITED STATES OF AMERICA

vs

Carlos Colmenares

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry
Seltzer on      5-17-00          , where the Defendant was arraigned and
plea of NOT GUILTY was entered.   Defendant and court-appointed/retain
counsel of record will be noticed for trial by the District Court Jud
assigned to this case.   The following information is current as of this dat

IN CUSTODY

DEFENDANT:                 Address:_____

_____

Telephone:_____

DEFENSE COUNSEL:           Name:_____       FPD

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:        $_____ REMAINS IN CUSTODY _____

Bond hearing held:  yes_____  no____  Bond hearing set for_____

Dated this___17____day of _____May_____, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By:_____
Deputy Clerk

Tape No._____00-042_____

cc: Clerk for Judge
    U. S. Attorney