UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CR-FERGUSON

UNITED STATES OF AMERICA,       :

       Plaintiff,       :

v.       :

CARLOS COLMENARES,       :

       Defendant.       :

_____

**STATUS REPORT**

A status conference was held in this cause on June 1, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been provided.

    2. Counsel for the defendant shall have until June 15, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this 1st day of June, 2000.

                                      LURANA S. SNOW
                                      UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Lynn Rosenthal (FTL)
Joaquin Perez, Esq.