HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT___CARLOS COLMENARES_____ CASE NO:___00-6132-CR-FERGUSON

AUSA__LYNN ROSENTHAL_____ ATTY___JOAQUIN PEREZ

*Trial set July 3*
*June 26 Cal call*

② 4:00

DEFT___IRVINGS SPIKES_____ CASE NO:___99-6068-CR-ROETTGER

AUSA__~~David Cora~~ Thompson / Nicholson ATTY___FPD - Daryl Wilcox

*Disc out - No motions pending*
*Cnsl has not rec'd disc yet. June 16*
*for motions. possible plea*

② 2932

DEFT___KENELY TESTAMARK_____ CASE NO:___00-6121-CR-FERGUSON

AUSA__LARRY BARDFELD / Nicholson ATTY___FPD - Wilcox for Sidwell

*Disc out - no pending motion*
*Possible plea*

② 3005

DEFT___BRUCE JOHNSON_____ CASE NO:___00-6116-CR-DIMITROULEAS

AUSA__STEVE PETRI / Bardfeld ATTY___FPD Day / Swarger

*Disc out / possible plea*
*No pending motions*

② 3598

DEFT___STEVEN FELIX ANGELET_____ CASE NO:___00-6135-CR-FERGUSON

AUSA__ROGER POWELL / Bardfeld ATTY___MANNY VAZQUEZ

*Disc out - No pending motion*
*possible plea*

00-028
14

DEFT___THOMAS JARRETT STRINGER_____ CASE NO:___00-6133-CR-DIMITROULEAS

AUSA__ROGER POWELL / Bardfeld ATTY___FPD Day / Swarger

*Disc out - possible plea*

② B3

DATE___JUNE 1, 2000_____ TIME_11:00