**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6132-CR-FERGUSON**

UNITED STATES OF AMERICA,  )
    *Plaintiff,*  )
-V.S.-  )
      )
CARLOS COLMENARES,  )
    *Defendant.*  )  **NOTICE OF APPEARANCE**
      )

    **COMES NOW**, the undersigned attorney and notices his appearance as counsel for the defendant **CARLOS COLMENARES** in the above-styled cause and requests that copies of any and all pleadings, notices, correspondence or other matters pertaining to this cause be directed to him on behalf of said Defendant.

    Respectfully submitted,

    Joaquin Perez, Esq.
    Counsel for Defendant
    6780 Coral Way
    Miami, Fl. 33155
    Tel: (305) 261-4000
    Fax: (305) 662-8715
    Fl. Bar No.: 335339

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 31 day of May, 2000 to: Lynn Rosenthal, AUSA, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33301.

    By: _____
    Joaquin Perez, Esq.

