UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CR-FERGUSON

UNITED STATES OF AMERICA,
    Plaintiff,

v.

CARLOS COLMENARES,
    Defendant.
_____/



## MOTION FOR TERMINATION OF APPOINTMENT OF COUNSEL

The Federal Public Defender respectfully moves that the appointment as counsel for the Defendant, Carlos Colmenares, be terminated as the Defendant has retained Joaquin Perez, Esq., at 6780 Coral Way, Miami, FL 33155, to represent him in this proceeding, and said attorney has filed a written notice of appearance.

KATHLEEN WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Daryl E. Wilcox
Assistant Federal Public Defender
Florida Bar No. 838845
101 N.E. 3rd Avenue, Suite 202
Ft. Lauderdale, Florida 33301
(954) 356-7436 / FAX 954/356-7556

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was mailed this 2nd Day of June, 2000, to Lynn Rosenthal Assistant United States Attorney, at 299 E. Broward Blvd., Ft. Lauderdale, FL 33301; and Joaquin Perez, Esq., 6780 Coral Way, Miami, FL 33155.

_____
Daryl E. Wilcox