UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
ѺR
CASE NO. 00-6132-FERGUSON

UNITED STATES OF AMERICA,

　　Plaintiff,

vs.

CARLOS COLMENARES,

　　Defendant.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above entitled case is hereby set for a Status hearing regarding CJA payment, on June 26, 2000 at 10:00 A.M., before the Honorable Linnea R. Johnson, Chief U.S. Magistrate Judge, at 701 Clematis Street, West Palm Beach, Florida, Courtroom 4, Third Floor.

DATED: June 12, 2000　　　　　　　　　CLARENCE MADDOX, CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Emily Guerrero, Deputy Clerk

Copies provided to:

Lynn Rosenthal, AUSA
Darryl Wilcox, AFPD

