UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CR-FERGUSON

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

v.    :

CARLOS COLMENARES, et al.,    :

    Defendants.    :



## O R D E R

THIS CAUSE is before the Court on the Federal Public Defender's Motion for Termination of Appointment of Counsel (DE 27), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Public Defender's Office is hereby released from any further duties in this cause, as Joaquin Perez, Esquire, has filed a notice of appearance on behalf of the defendant.

DONE AND ORDERED at Fort Lauderdale, Florida, this ___ day of June, 2000.

                         LURANA S. SNOW
                         UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Lynn Rosenthal (FTL)
Joaquin Perez, Esq.
Nelson Rodriguez-Varela, Esq.
AFPD Darryl Wilcox (FTL)