**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6132-CR-FERGUSON/ JOHNSON**

UNITED STATES OF AMERICA,  )
    *Plaintiff,*  )
-V.S.-  )
  )
CARLOS COLMENARES,  )
    *Defendant.*  )
_____  )

**NIGHT BOX**
**FILED**

**JUN 21 2000**

**CLERK, USDC / SDFL / WPB**

## MOTION TO RELEASE DEFENDANT FROM FINANCIAL OBLIGATION/CJA PAYMENT

Defendant, CARLOS COLMENARES, moves this Court for the entry of an Order releasing him from his financial obligation to the court (CJA Payment). In support of this motion Defendant states as follows:

1. Defendant is scheduled to appear before this Honorable Court on Monday, June 26, 2000 @ 10:00 a.m. for a status re: CJA Payment.

2. Defendant has retained undersigned counsel to represent him in the above-mentioned case.

3. Undersigned filed a Notice of Appearance and this Court entered an order on June 13, 2000 releasing Assistant Federal Public Defender Darryl Wilcox from this case.

**WHEREFORE**, Defendant respectfully prays to this Honorable Court for the entry of an Order releasing defendant from his financial obligation to the Court and canceling the hearing scheduled for June 26, 2000.



IN COMPLIANCE OF S.D. fla. LR 5/13

**JOAQUIN PEREZ, ESQ., 6780 Coral Way, Second Floor, Miami, FL 33155 / (305) 261-4000 / Fax: (305) 662-8715**

Respectfully submitted,

_____
Joaquin Perez, Esq.
Counsel for Defendant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-8715
Fl. Bar No.: 335339

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 21st day of June, 2000, to: Lynn Rosenthal, AUSA, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, Florida 33301.

BY: _____
Joaquin Perez, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CR-FERGUSON

UNITED STATES OF AMERICA,          :

    Plaintiff,

v.

CARLOS COLMENARES, et al.,

    Defendants.          :



## O R D E R

THIS CAUSE is before the Court on the Federal Public Defender's Motion for Termination of Appointment of Counsel (DE 27), which was referred to United States Magistrate Judge, Lurana S. Snow. Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED. The Federal Public Defender's Office is hereby released from any further duties in this cause, as Joaquin Perez, Esquire, has filed a notice of appearance on behalf of the defendant.

DONE AND ORDERED at Fort Lauderdale, Florida, this /3. day of June, 2000.

                      LURANA S. SNOW
                      UNITED STATES MAGISTRATE JUDGE

Copies to:
AUSA Lynn Rosenthal (FTL)
Joaquin Perez, Esq.
Nelson Rodriguez-Varela, Esq.
AFPD Darryl Wilcox (FTL)