UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6132-CR-FERGUSON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CARLOS COLMENARES,

    Defendant.
_____/

### ORDER RELEASING DEFENDANT FROM FINANCIAL OBLIGATION/CJA PAYMENT

THIS MATTER came before the Court upon Defendant's Motion to Release Defendant from Financial Obligation/CJA Payment, faxed June 22, 2000. The Court being fully advised in the premises and after due consideration thereof, it is hereby

ORDERED AND ADJUDGED that said motion is GRANTED. Defendant is hereby released from depositing $2500 into the Treasury of the Court (CJA Payment).

DONE AND ORDERED at West Palm Beach, Florida, this 23rd day of June, 2000.

LINNEA R. JOHNSON
CHIEF U. S. MAGISTRATE JUDGE

Copies provided to:

Honorable Wilkie D. Ferguson
Lynn Rosenthal, AUSA
Joaquin Perez, Esq.
Financial

