**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6132-CR-FERGUSON/ JOHNSON**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| *Plaintiff*, | ) |
| -V.S.- | ) |
| | ) |
| CARLOS COLMENARES, | ) |
| *Defendant*. | ) |
| | ) |

FILED by D.C.
JUN 28 2000
CLERK U.S. DIST. CT.
S.D. OF FLA W.P.B.

### ORDER LEASING DEFENANT FROM HIS FINANCIAL OBLIGATION WITH THE COURT

This matter came on to be heard upon Defendant's Motion to Release him from His Financial Obligation/CJA Payment to the Court, and after due consideration thereof, it is hereby

**ORDERED, ADJUDGED AND DECREED**:

1. That Defendant's motion is hereby GRANTED.
2. That Defendant is hereby released from any financial obligation with this court concerning CJA payments.

**DONE AND ORDERED** in chambers, on this _28_ day of June, 2000.

LINNEA R. JOHNSON
U.S. Magistrate Judge

cc: Joaquin Perez, Esq.
    Lynn Rosenthanl, AUSA
    Clerk of Court