UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6132-CR-WDF

UNITED STATES OF AMERICA,,
    Plaintiff,

Vs.

CARLOS COLMENARES and
RICHARD GUTIERREZ,

    Defendants.
_____/

FILED
JUL 14 2000

# ORDER

**PLEASE TAKE NOTICE** that this matter has been set for a **Change of Plea,** on

**Friday, July 28, 2000** at **9:30 a.m.**, before the Honorable Wilkie D. Ferguson, Jr., United

States District Judge, Federal Courthouse, 299 East Broward Boulevard, Second Floor,

Courtroom 207A, Fort Lauderdale, Florida.

**DONE AND ORDERED** at Fort Lauderdale, Florida this  12th  day of July 2000.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:
Lynn Rosenthal, AUSA
Daryl Wilcox, AFPD
Nelson Rodriguez-Varela, Esq

