SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6132-CR-WDF

DEFENDANT Carlos Colmenares                JUDGE   WILKIE D. FERGUSON

Deputy Clerk   TROY T. WALKER              DATE  October 6, 2000

Court Reporter   Paul Haferling             USPO  D. Pratt

AUSA  Tom Lanigan                          Deft's Counsel  Nelson Rodriguez

COUNTS DISMISSED   All Others
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

_____ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

Imprisonment    Years _____   Months 14   Counts 12    Right to appeal

Supervised Release   3 y/s   (See J&C for details)

Probation    Years _____   Months _____   Counts _____

Comments _____

Assessment $ 100.00                    Fine $  None

Restitution /Other $ 4,250.00

**CUSTODY**

✓ Remanded to the Custody of the U. S. Marshal Service  _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: _____

D' 53