UNITED STATES DISTRICT COURT

COPIES NOT PROVIDED

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION

HONORABLE JUDGE,

WILLKIE .D. FERGUSON

UNITED STATES DISTRICT COURT

299 EAST BROWARD BOULEVARD

FORT LAUDERDALE FLORIDA

33301



## CASE NO 00-6132-CR-FERGUSON

**NOW** **COMES** the Defendant CARLOS COLMENARES, **Pro Se,** respectfully Moves this Court pursuant to the rules governing such conduct for the return of his property that was confiscated from him at the time of my arrest May 3rd,2000.



## AFFIDAVIT IN SUPPORT

On May 3rd,2000,the undersigned was arrested by the united States Secret Service, at the time of the instant arrest properties was taken from the Movant, comprising of but not limited to.

(1) The sum of $5281.00

(2) Venezuelan Passport

(3) Wallet with personal documents

(4) One Beniton suitcase containing articles of clothing

(5) One Tag Heuer Proffesional

(6) Family photograhs

The Defendant received a notice of forfeiture from the United States Secret Service dated June 30,2000, at which time I advise my Attorney then of record that it was my intention to contest such forfeiture as proceeds were not of any known criminal activity. The Defendant thinks he satisfies the notice of contesting same. The Defendant prays this Court will enter such an order for the expedited return of his property forthwith.

I Hereby Certify that a true and correct copt of the foregoing has been sent to. Honorable Judge Ferguson, Clerk Of Court, Lynn .D. Rosenthall,esquire, Assistant United States Attorney.

Respectfully,
CARLOS    COLMENARES
FDC_MIAMI,MIAMI,FLORIDA
33101-9120